No. 76–6207. McGhee v. United States. C. A. 5th Cir. Certiorari denied.

No. 76–6209. Gonzales, aka Torres-Garcia v. United States. C. A. 9th Cir. Certiorari denied.

No. 76–6214. Argumedo-Rodriguez v. United States. C. A. 9th Cir. Certiorari denied.

No. 76–6215. Slater v. United States. C. A. 1st Cir. Certiorari denied.

No. 76–6218. Green v. United States. C. A. 4th Cir. Certiorari denied.

No. 76–6219. Heath v. United States. C. A. 3d Cir. Certiorari denied.

No. 76–6226. Thompson v. Laffoon et al. C. A. 9th Cir. Certiorari denied.

No. 76–6227. Fielhauer v. United States. C. A. 6th Cir. Certiorari denied.

No. 76–6232. Breeze v. United States. C. A. 9th Cir. Certiorari denied.

No. 76–6285. Lewis v. Henderson, Correctional Superintendent. C. A. 2d Cir. Certiorari denied.